**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal Case No. 06-PO-00156-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. HARRY HARRISON,**

**Defendant.**

---

### ORDER - EARLY TERMINATION OF PROBATION

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

      The Court has discussed the Defendant's performance on probation with the Supervising Probation Officer and the Defendant has performed excellent on probation. Defendant's term of probation is not scheduled to terminate until January 16, 2008, therefore:

      **IT IS HEREBY ORDERED** in light of the Defendant's successful performance on probation his term of probation is hereby terminated early and the Defendant is released from supervision as of the date of this Order.

**DATED: October 1, 2007.**

                                      **BY THE COURT:**

                                      **s/David L. West**
                                      **United States Magistrate Judge**